| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Barry D. Hohman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8159<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 22–20236–GLT | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Barry D. Hohman

6/22/22

**By the court:** <u>Gregory L. Taddonio</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20236-GLT |
| Barry D. Hohman | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 22, 2022 | Form ID: 318 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barry D. Hohman, 6326 Hallwood Road, Verona, PA 15147-2527 |
| 15452952 | + | Janet Brown, 1031 Blackthorne Drive, Jeannette, PA 15644-4729 |
| 15452953 | + | Medallion Bank, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 15452969 | + | Weltman Weinberg & Reis Co., 436 Seventh Avenue Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | Jun 23 2022 03:43:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Jun 23 2022 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 22 2022 23:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 23 2022 03:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 22 2022 23:41:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Jun 22 2022 23:41:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | EDI: RECOVERYCORP.COM | Jun 23 2022 03:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 22 2022 23:41:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15456899 | | EDI: ATLASACQU | Jun 23 2022 03:43:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15452936 | + | Email/Text: EBNProcessing@afni.com | Jun 22 2022 23:41:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 15452937 | + | Email/Text: EBNProcessing@afni.com | Jun 22 2022 23:41:00 | Afni, Inc., Attn: Bankruptcy, Po Box 3427, Bloomington, IL 61702-3427 |
| 15452938 | | EDI: URSI.COM | Jun 23 2022 03:43:00 | Alltran Financial, PO Box 722910, Houston, TX |

| Recipient ID | Delivery Method | Date/Time | Address |
|---|---|---|---|
| | | | 77272-2910 |
| 15452940 | + Email/Text: bankruptcy@cavps.com | Jun 22 2022 23:41:00 | Cavalry Portfolio Services, 1 American Lane, Greenwich, CT 06831-2560 |
| 15452941 | + Email/Text: bankruptcy@cavps.com | Jun 22 2022 23:41:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 15452942 | + EDI: CITICORP.COM | Jun 23 2022 03:43:00 | Citibank/Monro-DC, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 15452944 | + EDI: CCS.COM | Jun 23 2022 03:43:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15452943 | + EDI: CCS.COM | Jun 23 2022 03:43:00 | Credit Collection Services, Po Box 710, Norwood, MA 02062-0710 |
| 15452946 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jun 22 2022 23:41:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15452945 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jun 22 2022 23:41:00 | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15452948 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 22 2022 23:41:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15452947 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 22 2022 23:41:00 | Fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 15452950 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 22 2022 23:46:34 | HUD, 451 Seventh Street SW, Washington, DC 20410-0002 |
| 15452949 | EDI: CITICORP.COM | Jun 23 2022 03:43:00 | Home Depot, c/o Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 15452951 | EDI: IRS.COM | Jun 23 2022 03:43:00 | Internal Revenue Service***, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15452939 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 22 2022 23:40:00 | BBVA, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |
| 15452956 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 22 2022 23:41:00 | PNC Bank, 2730 Liberty Avenue, Mailstop: P5-PCLC-A1-R, Pittsburgh, PA 15222 |
| 15452955 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 22 2022 23:41:00 | PNC Bank, PO Box 94982, Cleveland, OH 44101 |
| 15452954 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 22 2022 23:41:00 | PNC Bank, Po Box 8703, Dayton, OH 45401 |
| 15452957 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 22 2022 23:41:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 15452958 | + Email/Text: asmith@securitycreditservicesllc.com | Jun 22 2022 23:41:00 | Security Credit Services, 306 Enterprise Drive, Oxford, MS 38655-2762 |
| 15452959 | + Email/Text: asmith@securitycreditservicesllc.com | Jun 22 2022 23:41:00 | Security Credit Services, Attn: Bankruptcy, Po Box 1156, Oxford, MS 38655-1156 |
| 15453472 | + EDI: RMSC.COM | Jun 23 2022 03:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15452961 | + EDI: RMSC.COM | Jun 23 2022 03:43:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15452960 | + EDI: RMSC.COM | Jun 23 2022 03:43:00 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15452962 | + EDI: RMSC.COM | Jun 23 2022 03:43:00 | Synchrony/Car Care Napa, Po Box 965036, Orlando, FL 32896-5036 |
| 15452963 | + EDI: RMSC.COM | Jun 23 2022 03:43:00 | Synchrony/Car Care Napa, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15452964 | + Email/Text: bankruptcysst@alorica.com | Jun 22 2022 23:40:00 | Systems & Services Technologies, Inc., Attn: Bankruptcy, 4315 Pickett Road, Saint Joseph, MO |

| District/off: 0315-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 22, 2022 | Form ID: 318 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| | | | | 64503-1600 |
| 15452966 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 22 2022 23:41:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 15452965 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 22 2022 23:41:00 | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 15452968 | + | EDI: WFHOME | Jun 23 2022 03:43:00 | Wells Fargo Bank, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15452967 | *+ | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 24, 2022           Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Kenneth Steidl | on behalf of Debtor Barry D. Hohman julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rosemary C. Crawford | crawfordmcdonald@aol.com  PA68@ecfcbis.com |

TOTAL: 6